RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE  1/11/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRENT W. EVANS** | **CIVIL ACTION NO. 08-1698** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is the Report and Recommendation of Magistrate Judge Hayes previously filed herein [Doc. No. 22], reversing and remanding the Commissioner's decision denying Plaintiff's claim for social security benefits. The Court has reviewed the Report and Recommendation and determined that the Magistrate Judge's findings are correct under the applicable law. However, the Court issues this Ruling to clarify a potentially confusing typographical error. The last sentence of the paragraph ending on page 7 of the Report and Recommendation reads, "[t]hus, while the ALJ could have obtained support for his residual functional capacity assessment directly from plaintiff and/or his mother by eliciting pertinent testimony, his questioning at the hearing encompass all of the relevant exertational and non-exertational functions." [Doc. No. 22, p.7]. The sentence should read "[t]hus, while the ALJ could have obtained support for his residual functional capacity assessment directly from plantiff and/or his mother by eliciting pertinent testimony, his questioning at the hearing ***did not*** encompass all of the relevant exertational and non-exertational functions."

With this correction, IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision denying Plaintiff's claim for social security disability benefits is

REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

MONROE, LOUISIANA, this 8 day of January, 2010.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE