RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/11/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRENT W. EVANS | CIVIL ACTION NO. 08-1698 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of Magistrate Judge Hayes previously filed herein [Doc. No. 22], determining that the findings are correct under the applicable law, with the clarification noted in the Court's foregoing Ruling, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision denying Plaintiff's claim for social security disability benefits is REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

MONROE, LOUISIANA, this 8 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE