
RECEIVED
IN MONROE, LA
APR 21 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| BRENT W. EVANS | * | CIVIL ACTION NO. 08-1698 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation [Doc. No. 28] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's Petition for Attorney Fees [Doc. No. 25] is hereby **GRANTED, and that the Commissioner be ordered to pay attorney fees in the amount of $5,370.00 (35.8 hours at $150.00 per hour) plus expenses and costs totaling $462.14 to plaintiff's attorney.**

THUS DONE AND SIGNED this 21 day of April, 2010, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE